JAMES F. LEARY et al., Respondents, *v.* CITY OF WATERVLIET, Appellant.

(Submitted March 11, 1918; decided March 19, 1918.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 222 N. Y. 337.)